1  KRISTA HART
   Attorney at Law
2  State Bar No. 199650
   428 J Street, Suite 357
3  Sacramento, CA  95814
   (916) 498-8398
4

5  Attorney for Defendant
   Jose Elfego Gutierrez
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 THE UNITED STATES OF        ) No. 2:08-cr-00005-MCE
   AMERICA,                    )
12            Plaintiffs,      )
                               ) **STIPULATION  AND ORDER**
13      v.                     )
                               )
14 JOSE ELFEGO GUTIERREZ,      )
              Defendant.       )
15 _____)

16     The defendant Jose Elfego Gutierrez, by and through counsel Krista
17 Hart, along with the plaintiff United States (government), by and
18 through counsel Assistant U.S. Attorney Mary Grad, hereby stipulate and
19 agree to vacate the current status conference date of January 24, 2008,
20 and reset the status conference for February 28, 2008.
21     It is further stipulated and agreed between the parties that the
22 period of time from January 24, 2008, to and including February 28,
23 2008, should be excluded in computing the time within which the trial
24 of the above criminal prosecution must commence for purposes of the
25 Speedy Trial Act.  All parties stipulate and agree that this is an
26 appropriate exclusion of time within the meaning of Title 18, United
27 States Code, sections 3161(h)(8)(B)(iv) (Local Code T4).
28 ///

1    The defense is still receiving and reviewing discovery in this
2 matter and the additional time is necessary for defense preparation and
3 investigation.

4 January 25, 2008                     /s/ Krista Hart
                                       Attorney for Jose Elfego Gutierrez

7 January 25, 2008                     McGREGOR SCOTT
                                       United States Attorney

                                        /s/ Mary Grad
9                                      Assistant U.S. Attorney
                                       (Signed by Krista Hart per e-mail)

**O R D E R**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: January 25, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2