1  KRISTA HART
   Attorney at Law
2  State Bar No. 199650
   428 J Street, Suite 357
3  Sacramento, CA  95814
   (916) 498-8398
4

5  Attorney for Defendant
   Jose Elfego Gutierrez
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 THE UNITED STATES OF            ) No. 2:08-cr-00005-MCE
   AMERICA,                        )
12            Plaintiffs,          )
                                   ) **STIPULATION AND ORDER**
13    v.                           )
                                   )
14 JOSE ELFEGO GUTIERREZ,          )
              Defendant.           )
15 _____   )

16      The defendant Jose Elfego Gutierrez, by and through counsel Krista

17 Hart, along with the plaintiff United States (government), by and

18 through counsel Assistant U.S. Attorney Mary Grad, hereby stipulate and

19 agree to vacate the current status conference date of February 28,

20 2008, and reset the status conference for April 3, 2008.

21      It is further stipulated and agreed between the parties that the

22 period of time from February 28, 2008, to and including April 3, 2008,

23 should be excluded in computing the time within which the trial of the

24 above criminal prosecution must commence for purposes of the Speedy

25 Trial Act.  All parties stipulate and agree that this is an appropriate

26 exclusion of time within the meaning of Title 18, United States Code,

27 sections 3161(h)(8)(B)(iv) (Local Code T4).

28 ///

1 | The defense is still receiving and reviewing discovery in this
2 | matter and the additional time is necessary for defense preparation and
3 | investigation.

4 | February 29, 2008                           */s/ Krista Hart*
                                                Attorney for Jose Elfego Gutierrez

7 | February 29, 2008                           McGREGOR SCOTT
                                                United States Attorney

                                                */s/ Mary Grad*
                                                Assistant U.S. Attorney
                                                (Signed by Krista Hart per e-mail)

**O R D E R**

**IT IS SO ORDERED.**

Dated: February 29, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2