1  KRISTA HART
   Attorney at Law
2  State Bar #199650
   428 J Street, Suite 350
3  Sacramento, California  95814
   Telephone: (916) 498-8398
4
   Attorney for Defendant
5

6

7                  IN THE UNITED STATES DISTRICT COURT

8                 FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11 UNITED STATES OF AMERICA,     ) No. 2:08-cr-00005-MCE
                                 )
12          Plaintiff,           ) **STIPULATION AND ORDER**
                                 ) **RESETTING STATUS CONFERENCE**
13      v.                       )
                                 )
14 JOSE ELFEGO GUTIERREZ,        )
                                 )
15          Defendant.           )
                                 )
16 _____ )

17

18      The defendant Jose Elfego Gutierrez, by and through counsel Krista

19 Hart, along with the plaintiff United States (government), by and

20 through counsel Assistant U.S. Attorney Mary Grad, hereby stipulate and

21 agree that the status conference currently set for April 3, 2008, be

22 reset to May 1, 2008.

23      It is further stipulated and agreed between the parties that the

24 period of time from April 3, 2008, and May 1, 2008, should be excluded

25 in computing the time within which the trial of the above criminal

26 prosecution must commence for purposes of the Speedy Trial Act.

27 ///

28 ///

All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, sections 3161(h)(8)(B)(iv) (Local Code T4).

The parties in this case agree the ends of justice would be best served by allowing additional time for further defense investigation, to review anticipated discovery and further plea negotiations. Therefore, all parties stipulate the status conference should be reset to May 1, 2008.

April 4, 2008                    /s/ Krista Hart
                                 Attorney for Jose Gutierrez


April 4, 2008                    McGREGOR SCOTT
                                 United States Attorney

                                  /s/ Mary Grad
                                 Assistant U.S. Attorney
                                 (Signed by Krista Hart, per e-mail)


**O R D E R**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: April 4, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2