1  KRISTA HART
   Attorney at Law
2  State Bar #199650
   428 J Street, Suite 350
3  Sacramento, California  95814
   Telephone: (916) 498-8398
4
   Attorney for Defendant

7              IN THE UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,   )  No. 2:08-cr-00005-MCE
                               )
12         Plaintiff,           )  **STIPULATION AND ORDER**
                               )  **RESETTING STATUS CONFERENCE**
13      v.                     )
                               )
14 JOSE ELFEGO GUTIERREZ,      )
                               )
15         Defendant.           )
                               )
16 _____ )

18     The defendant Jose Elfego Gutierrez, by and through counsel Krista
19 Hart, along with the plaintiff United States (government), by and
20 through counsel Assistant U.S. Attorney Mary Grad, hereby stipulate and
21 agree that the status conference currently set for May 1, 2008, be
22 reset to June 5, 2008, at 9:00 a.m.
23     It is further stipulated and agreed between the parties that the
24 period of time from May 1, 2008, and June 5, 2008, should be excluded
25 in computing the time within which the trial of the above criminal
26 prosecution must commence for purposes of the Speedy Trial Act.
27 ///
28 ///

All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, sections 3161(h)(8)(B)(iv) (Local Code T4).

On April 4, 2008, the government delivered eight audio CDs and video DVDs in discovery.  Defense counsel has not had time to review all the new discovery with the defendant yet.  The additional time is necessary to allow the defendant time to review the materials.

The parties in this case agree the ends of justice would be best served by allowing additional time for further defense investigation, to review anticipated discovery and further plea negotiations. Therefore, all parties stipulate the status conference should be reset to June 5, 2008.

Dated:  May 1, 2008          /s/ Krista Hart
                             Attorney for Jose Gutierrez

Dated:  May 1, 2008             McGREGOR SCOTT
                             United States Attorney

                              /s/ Mary Grad
                             Assistant U.S. Attorney
                             (Signed by Krista Hart, per e-mail)

**O R D E R**

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated: May 1, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2