```
KRISTA HART
Attorney at Law
State Bar #199650
428 J Street, Suite 350
Sacramento, California  95814
Telephone: (916) 498-8398

Attorney for Defendant
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>JOSE ELFEGO GUTIERREZ,<br><br>      Defendant.<br>_____ | No. 2:08-cr-00005 MCE<br><br>**STIPULATION AND ORDER**<br>**RESETTING STATUS CONFERENCE** |

    The defendant Jose Elfego Gutierrez, by and through counsel Krista Hart, along with the plaintiff United States (government), by and through counsel Assistant U.S. Attorney Mary Grad, hereby stipulate and agree that the status conference currently set for June 12, 2008, be reset to July 3, 2008, at 9:00 a.m.

    It is further stipulated and agreed between the parties that the period of time from June 12, 2008, and July 3, 2008, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, sections

1  3161(h)(8)(B)(iv) (Local Code T4).

2      On April 4, 2008, the government delivered eight audio CDs and
3  video DVDs in discovery.  Defense counsel has been in trial in state
4  court for the past three weeks and has not had time to review all the
5  new discovery with the defendant.  The additional time is necessary to
6  allow the defendant time to review the materials.  It is also necessary
7  to allow the parties to discuss further negotiations.

8      The parties in this case agree the ends of justice would be best
9  served by allowing additional time for further defense investigation,
10 to review anticipated discovery and further plea negotiations.
11 Therefore, all parties stipulate the status conference should be reset
12 to July 3, 2008.

14 June 10, 2008                    */s/ Krista Hart*
                                    Attorney for Jose Gutierrez

16
17 June 10, 2008                    McGREGOR SCOTT
                                    United States Attorney

18                                  */s/ Mary Grad*
                                    Assistant U.S. Attorney
19                                  (Signed by Krista Hart, per e-mail)

20                              **O R D E R**

21 IT IS SO ORDERED.

22
23  Dated: June 10, 2008

24                                  _____
25                                  MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE

2